Daniel Doria
989 S Main St Ste A PMB 407
Cottonwood, AZ 86324
702-279-5326
danieldoria105@yahoo.com

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 0 5 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE U.S. DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

### 401 W Washington St., Phoenix, AZ 85003

Case No.: 3:25-cv-08043-MTL

## NOTICE OF SUPPLEMENTAL INFORMATION REGARDING OPPOSING COUNSEL

**DANIEL DORIA,**
**Plaintiff,**

vs.

**SELECT QUOTE INSURANCE SERVICES INC.**
**Defendant**

## II. Relevance to Current Proceedings

The pattern of conduct that led to the Bar's corrective action mirrors concerns previously raised in Plaintiff's filings before this Court, including allegations of bad faith procedural tactics, improper use of communications to disparage opposing parties, and efforts to divert the litigation away from resolution on the merits.

Plaintiff submits this Notice not to prejudice Defendant's representation but to ensure the Court is aware of recent, official developments corroborating Plaintiff's prior concerns and to preserve a complete and transparent record of the conduct surrounding this litigation.

## III. Conclusion

Plaintiff respectfully requests that the Court take judicial notice of the information provided herein and attached as Exhibit A, and consider the broader context of opposing counsel's conduct in any further proceedings.

DATED this 29th day of April 2025.

Respectfully submitted,

NOTICE OF SUPPLEMENTAL INFO                                    Case No. 3:25-cv-08043-MTL

3

/s/ Daniel Doria
Daniel Doria
989 S Main St Ste A PMB 407
Cottonwood, AZ 863246
702-279-5326
danieldoria105@yahoo.com

**CERTIFICATE OF SERVICE**

I certify that on April 29, 2025, this document was served via **email to:
Christopher Helt and
Carlos Gutierrez
chelt@littler.com | cgutierrez@littler.com
/s/ Daniel Doria

# EXHIBIT A



Direct Line: 602-340-7252

Sent via email only: dtdoria85@gmail.com

April 29, 2025

Daniel Thomas Doria
Doria Paralegal Services
989 S. Main Street Suite A PMB 407
Cottonwood, Arizona 86326

Re: **File No:**      25-1043
    **Respondent:**   Robert D. Haws

Dear Mr. Doria:

I reviewed your April 15, 2025, written charge submission regarding Mr. Haws and completed my inquiry, including discussing this matter several fellow bar counsels. Because of the issues asserted in your bar charge and/or other issues discovered in the disciplinary inquiry, Mr. Haws has agreed to participate in a State Bar diversion program. The terms of the diversion program are designed to address the types of problems that led to your charge.

If Mr. Haws fails to comply with these terms, a new disciplinary inquiry and investigation could be initiated. Successful completion of diversion results in the underlying matter being dismissed.

Although you have been notified of this decision, diversions are confidential pursuant to Rule 70(b)(4), Ariz. R. Sup. Ct. The decision to offer diversion is final and not subject to review.

Thank you for your continued interest in promoting the professional responsibility of the State Bar of Arizona.

Sincerely,

/s/ Matthew E. McGregor

Matthew E. McGregor
Bar Counsel - Intake

MEM/tab

4201 N. 24th Street   Suite 100   Phoenix, AZ 85016-6266
PH: 602-252-4804   FAX: 602-271-4930   WEB: www.azbar.org