Daniel Doria
989 S Main St Ste A PMB 407
Cottonwood, AZ 86326
702-279-5326
danieldoria105@yahoo.com

IN THE U.S. DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

401 W Washington St., Phoenix, AZ 85003

Case No.: CV-25-08043-PCT-MTL

**NOTICE OF APPEAL**

**DANIEL DORIA,**
**Plaintiff,**

vs.

**Yavapai College District Governing Board, an educational institution;**
**Seth Weidling Sturdevant, individually and in his official capacity as property manager;**
**Robert Haws, Esq, individually and in his official capacity as attorney for defendant**
**John Butzer, Esq, individually and in his official capacity as attorney for defendant**
**Yavapai College Police Department, a municipal subdivision of Yavapai College,**

**Defendants.**

Notice is hereby given that **DANIEL T. DORIA**, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the **Order Granting in Part Defendants' Motion for Attorneys' Fees** (Doc. 74), entered in this action on the 13th day of January, 2026.

Respectfully submitted this 14th day of January, 2026.

s/ Daniel T. Doria

 Daniel T. Doria Plaintiff, Pro Se

/s/ Daniel Doria
Daniel Doria
989 S Main St Ste A PMB 407
Clarkdale, AZ 86324
702-279-5326
danieldoria105@yahoo.com

**CERTIFICATE OF SERVICE**

I certify that on January 14, 2026, this document was served via **email to:
Robert D. Haws & John A. Butzer
GUST ROSENFELD P.L.C.
One East Washington Street, Suite 1600
Phoenix, AZ 85004
rhaws@gustlaw.com | jbutzer@gustlaw.com
/s/ Daniel Doria